## Charles J. Shemaitis, Appellant, v. Charles J. Gallagher and Leroy Froemke, Appellees.

### Gen. No. 47,099.

First District, Second Division.

June 28, 1957.

Released for publication September 20, 1957.

Edward Basil Lane, for appellant; Charles J. Gallagher, for appellees. Opinion by JUDGE FEINBERG. Not to be published in full.